**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

| | | |
|---|---|---|
| **ALDEMIRA SANDOVAL,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 5:16-CV-00110** |
| | § | |
| **STATE FARM LLOYDS AND JAY** | § | |
| **OSPINA,** | § | |
| **Defendants.** | § | |
| | § | |
| | § | |

---

## NOTICE OF SETTLEMENT

---

TO THE HONORABLE JUDGE OF SAID COURT:

      Plaintiff files this Notice of Settlement, and respectfully notify the Court as follows:

      1)      On May 25, 2016, Plaintiff and Defendants entered into an agreement to settle this case.

      2)      The parties anticipate a Settlement Agreement will be signed by all parties within 60 days, if not before.

      3)      The parties anticipate that the Agreed Stipulation of Dismissal With Prejudice will be filed with the Court within 60 days.

      Respectfully submitted,

      **MOSTYN LAW**

      */s/ René M. Sigman*

      René M. Sigman
      State Bar No. 24037492
      Federal No. 900984
      3810 W. Alabama Street
      Houston, Texas 77027
      (713) 861-6616 (Office)
      (713) 861-8084 (Facsimile)

      **ATTORNEY FOR PLAINTIFF**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing instrument has been served on all counsel of record, pursuant to the Federal Rules of Civil Procedure, on this the 25th day of May, 2016, as follows:

*/s/ René M. Sigman*
René M. Sigman