IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| ALDEMIRA SANDOVAL,<br>*Plaintiff,* | § § § | |
| v. | § § | CIVIL ACTION NO. 5:16-CV-00110 |
| STATE FARM LLOYDS AND<br>JAY OSPINA,<br>*Defendants.* | § § § § | |

### STIPULATION OF DISMISSAL

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

ALDEMIRA SANDOVAL AND STATE FARM LLOYDS, AND JAY OSPINA, Plaintiff and Defendants in the above-entitled and numbered action, file this *Stipulation of Dismissal* under Federal Rule of Civil Procedure 41(a)(1)(ii).

1. Aldemira Sandoval is the Plaintiff, and State Farm Lloyds and Jay Ospina are the Defendants in this matter.

2. The Parties move to dismiss all claims in this suit.

3. All parties agree to the dismissal.

4. This case is not a class action.

5. A receiver has not been appointed in this action.

6. This case is not governed by any federal statute that requires an order of the Court for dismissal of the case.

7. Neither party has previously dismissed any federal or state court action based on or including the same claims as those presented in this suit.

8. This dismissal is with prejudice to re-filing.

Respectfully submitted,

/s/ Dan K. Worthington
Dan K. Worthington
TSBN 00785282 / SDOT 15353
**ATLAS, HALL & RODRIGUEZ, LLP**
818 West Pecan Blvd. (78501)
P.O. Box 3725
McAllen, Texas 78502-3725
(956) 682-5501 – Phone
(956) 686-6109 – Fax

**Attorney In Charge For Defendants**

Of Counsel:

Sofia A. Ramon
TSBN 00784811/SDOT 20871
**ATLAS, HALL & RODRIGUEZ, LLP**
818 W. Pecan Blvd. (78501)
P.O. Box 3275
McAllen, Texas 78502
(956) 682-5501 – Phone
(956) 686-6109 – Fax

By: /s/ J. Ryan Fowler
J. Ryan Fowler
State Bar No. 24058357
**MOSTYN LAW**
3810 W. Alabama Street
Houston, Texas 77027
(713) 714-0000 (Office)
(713) 714-1111 (Facsimile)
ryan@mostynlaw.com
**Attorney For Plaintiffs**

2

**Certificate of Service**

I certify that on ~~June~~ July 18, 2016, a true and correct copy of the foregoing document was served on all counsel of record, as follows:

J. Ryan Fowler
**MOSTYN LAW**
3810 W. Alabama Street
Houston, Texas 77027
(713) 714-0000 (Office)
(713) 714-1111 (Facsimile)
ryan@mostynlaw.com
**Attorney For Plaintiffs**

/s/ Dan K. Worthington
Dan K. Worthington